WILLIAM S. PHILLIPS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 34703. Promulgated July 3, 1920.

*J. B. Grice Esq.*, for the petitioner.
*J. R. Johnson, Esq.*, and *B. U. Steele, Esq.*, for the respondent.

OPINION.

TRAMMELL: The foregoing statement of facts contains every element required to show the liability of the petitioner as a transferee under the provisions of section 280 of the Revenue Act of 1926.

*Judgment will be entered for the respondent.*